AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID ELIAL FLORES MARTINES,

                   Petitioner,

   v.

JOHN MATTOS, et al.,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:26-cv-00606-ART-MDC

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

JUDGMENT entered in favor of Petitioner, David Elial Flores Martines, and against Defendants, John Mattos, et al,.
This action is Dismissed and the case is closed per ECF. 25.


July 30, 2026
_____
Date

DEBRA K. KEMPI
_____
Clerk


/s/ BE
_____
Deputy Clerk